## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered) |
| GULF WORLD MARINE PARK, INC; EJECUTIVOS DE TURISMO SUSTENTABLE S.A. DE C.V.; CONTROLADORA DOLPHIN, S.A. DE C.V.; MS LEISURE COMPANY; THE DOLPHIN CONNECTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELYSIUM PROPERTIES INVESTMENTS INC., ELYSIUM AD, LLC, JADE RESIDENCES AT BRICKELL BAY CONDOMINIUM ASSOCIATION, INC., PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendants. | Adv. Pro. No. 26-50333 (LSS) |

## SUMMONS AND NOTICE OF PRETRIAL
## CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

[1] Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors is not provided herein.  A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors.  For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

Address of Clerk:     United States Bankruptcy Court
                      824 Market Street, 3rd Floor
                      Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

**Names and Addresses of Plaintiffs' Attorneys:**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Michael S. Neiburg (No. 5275)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
        sgreecher@ycst.com
        mneiburg@ycst.com
        amielke@ycst.com
        jkochenash@ycst.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

**Address:**          **United States Bankruptcy Court for the District of Delaware**
                      **824 Market Street, 6th Floor, Courtroom No. 2**
                      **Wilmington, Delaware 19801**

**Date and Time:**    **To be determined.**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
  **Court for the District**
    **of Delaware**                              /s/ Stephen L. Grant
                                                 *Clerk of the Court*

Dated: June 2, 2026

2