## CERTIFICATE OF SERVICE

I, Beth Ann Olivere, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Summons, Complaint, and ADR Notice was made on May 26, 2026 in the manner indicated to the following:

| | |
|---|---|
| PNC Bank, National Association<br>Attn: Legal Department<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>*(via Personal Service)* | Elysium AD, LLC<br>c/o Incorporating Services, Registered Agent<br>3500 S. DuPont Highway<br>Dover, DE 19901<br>*(via Personal Service)* |
| Jade Residences at Brickell Bay<br>Condominium Association, Inc.<br>SKRLD, Inc.<br>201 Alhambra Circle 11th Floor<br>Coral Gables, FL 33134<br>*(via First Class Mail)* | PNC Bank, National Association (Inc.)<br>c/o Corporation Service Company, Registered Agent<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30092<br>*(via First Class Mail)* |
| PNC Bank, National Association<br>Attn: Legal Department<br>300 Fifth Avenue<br>Pittsburgh, PA 15222-2401<br>*(via First Class Mail)* | Elysium Properties Investments Inc.<br>Amicorp (Barbados) Limited<br>Carleton Court<br>High Street, Bridgetown<br>P.O. Box 107<br>Barbados, BB11128<br>*(via First Class Mail)* |
| Andrew Kardonski<br>Compass<br>1212 Lincoln Road, Ste 113<br>Miami Beach, FL 33139<br>*(via First Class Mail)* | |

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:   June 2, 2026          */s/ Beth Ann Olivere*_____
                              Beth Ann Olivere, Paralegal

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801