# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered) |
| GULF WORLD MARINE PARK, INC.; EJECUTIVOS DE TURISMO SUSTENTABLE S.A. DE C.V.; CONTROLADORA DOLPHIN, S.A. DE C.V.; MS LEISURE COMPANY; THE DOLPHIN CONNECTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELYSIUM PROPERTIES INVESTMENTS INC., ELYSIUM AD, LLC, JADE RESIDENCES AT BRICKELL BAY CONDOMINIUM ASSOCIATION, INC., PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendants. | Adv. No. 26-50333 (LSS) |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

The undersigned counsel to Debtor-Plaintiffs Gulf World Marine Park, Inc., Ejecutivos de Turismo Sustentable S.A. de C.V., Controladora Dolphin, S.A. de C.V., MS Leisure Company, and The Dolphin Connection, Inc., (collectively, the "**Plaintiffs**") hereby certifies as follows regarding

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

60253696

the *Stipulation for Extension of Time for Defendant PNC Bank, National Association, to Respond to the Complaint* (the "**Stipulation**") attached as Exhibit 1 to the proposed order (the "**Proposed Order**") attached hereto as **Exhibit A** between the Plaintiffs and PNC Bank, National Association, ("**PNC**" and together with Plaintiffs, the "**Parties**").

1.      On May 22, 2026, the Plaintiffs initiated the above-captioned adversary proceeding (the "**Adversary Proceeding**") by filing a Complaint [Adv. D.I. 1] (the "**Complaint**"), in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.      On May 26, 2026, the Plaintiffs served a *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 3], along with the Complaint, on PNC, establishing the deadline for PNC to answer, move, or otherwise respond to the complaint as June 25, 2026 (the "**Response Deadline**").

3.      The Parties have conferred and agreed to extend the Response Deadline as set forth in the Stipulation.

*[Remainder of Page Intentionally Left Blank]*

60253696

2

WHEREFORE, pursuant to and as more fully set forth in the Stipulation, the Parties respectfully request that the Court enter the Proposed Order approving the Stipulation at the convenience of the Court.

Dated: June 22, 2026

*/s/ Sean T. Greecher*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Michael S. Neiburg (No. 5275)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email:  rbrady@ycst.com
        sgreecher@ycst.com
        mneiburg@ycst.com
        amielke@ycst.com
        jkochenash@ycst.com

*Counsel to the Plaintiffs*

60253696

3