## EXHIBIT A

**Proposed Order**

60253696

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered) |
| GULF WORLD MARINE PARK, INC.; EJECUTIVOS DE TURISMO SUSTENTABLE S.A. DE C.V.; CONTROLADORA DOLPHIN, S.A. DE C.V.; MS LEISURE COMPANY; THE DOLPHIN CONNECTION, INC.,<br><br>       Plaintiffs,<br><br>    v.<br><br>ELYSIUM PROPERTIES INVESTMENTS INC., ELYSIUM AD, LLC, JADE RESIDENCES AT BRICKELL BAY CONDOMINIUM ASSOCIATION, INC., PNC BANK, NATIONAL ASSOCIATION,<br><br>       Defendants. | Adv. No. 26-50333 (LSS) |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
PNC BANK, NATIONAL ASSOCIATION TO RESPOND TO THE COMPLAINT**

Upon consideration of the *Stipulation for Extension of Time for Defendant PNC Bank, National Association, to Respond to the Complaint* (the "**Stipulation**"),[2] attached hereto as **Exhibit 1**; and after due deliberation; and sufficient cause appearing therefor:

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2] Capitalized terms used shall have the meanings ascribed to them in the Stipulation.

60253696

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is APPROVED in its entirety.

2.      The time within which PNC shall answer, move, or otherwise respond to the Complaint is extended through and including August 3, 2026.

3.      The Bankruptcy Court shall retain jurisdiction over any matter or dispute arising from or related to the implementation of this Order.

# EXHIBIT 1

## Stipulation

60253696

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered) |
| GULF WORLD MARINE PARK, INC.; EJECUTIVOS DE TURISMO SUSTENTABLE S.A. DE C.V.; CONTROLADORA DOLPHIN, S.A. DE C.V.; MS LEISURE COMPANY; THE DOLPHIN CONNECTION, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ELYSIUM PROPERTIES INVESTMENTS INC., ELYSIUM AD, LLC, JADE RESIDENCES AT BRICKELL BAY CONDOMINIUM ASSOCIATION, INC., PNC BANK, NATIONAL ASSOCIATION,<br><br>            Defendants. | Adv. No. 26-50333 (LSS) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PNC BANK, NATIONAL ASSOCIATION TO RESPOND TO THE COMPLAINT**

The above-captioned Plaintiffs, Gulf World Marine Park, Inc., Ejecutivos de Turismo Sustentable SA de CV, Controladora Dolphin, S.A. de C.V., MS Leisure Company, and The Dolphin Connection, Inc., (collectively, the "**Plaintiffs**") and the above-captioned Defendant, PNC Bank,

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

60253696

National Association, ("**PNC**" and together with the Plaintiffs, the "**Parties**"), hereby stipulate and agree (the "**Stipulation**") as follows:

WHEREAS, on May 22, 2026, the Plaintiffs initiated the above-captioned adversary proceeding by filing a Complaint [Adv. D.I. 1] (the "**Complaint**"), in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

WHEREAS, on May 26, 2026, the Plaintiffs served a *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 3], along with the Complaint, on PNC, establishing the deadline for PNC to answer or otherwise respond to the complaint as June 25, 2026 (the "**Response Deadline**").

WHEREAS, the Parties agree to extend the Response Deadline for PNC to answer, move, or otherwise respond to the Complaint to August 3, 2026.

NOW THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and agree as follows:

1.      The time within which PNC shall answer, move, or otherwise respond to the Complaint is extended through and including August 3, 2026.

2.      This Stipulation constitutes the entire agreement between the Parties with respect to the matters addressed herein and may not be modified except in a writing signed by the Parties.

3.      The Court shall have exclusive jurisdiction with respect to all disputes or controversies arising from or related to this Stipulation and the Order approving the same.

[*Signature page follows*]

60253696

2

Dated: June 22, 2026

| /s/ Sean T. Greecher | /s/ Richard Aguilar |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **ADAMS & REESE, LLP** |
| Robert S. Brady (No. 2847) | Richard Aguilar (*pro hac vic*e forthcoming) |
| Sean T. Greecher (No. 4484) | Mark J. Chaney III (*pro hac vice* forthcoming) |
| Michael S. Neiburg (No. 5275) | 701 Poydras Street, Suite 4500 |
| Allison S. Mielke (No. 5934) | New Orleans, LA 70139 |
| Jared W. Kochenash (No. 6557) | Telephone:  (504) 585-0239 |
| Rodney Square 1000 North King Street | E-mail:  richard.aguilar@arlaw.com |
| Wilmington, DE 19801 | mark.chaney@arlaw.com |
| Telephone:  (302) 571-6600 | |
| Email: rbrady@ycst.com | *Counsel for PNC* |
| sgreecher@ycst.com | |
| mneiburg@ycst.com | |
| amielke@ycst.com | |
| jkochenash@ycst.com | |

*Counsel for the Plaintiffs*

60253696