**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10606 (LSS)<br><br>(Jointly Administered) |
| GULF WORLD MARINE PARK, INC.; EJECUTIVOS DE TURISMO SUSTENTABLE S.A. DE C.V.; CONTROLADORA DOLPHIN, S.A. DE C.V.; MS LEISURE COMPANY; THE DOLPHIN CONNECTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELYSIUM PROPERTIES INVESTMENTS INC., ELYSIUM AD, LLC, JADE RESIDENCES AT BRICKELL BAY CONDOMINIUM ASSOCIATION, INC., PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendants. | Adv. No. 26-50333 (LSS) |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
PNC BANK, NATIONAL ASSOCIATION TO RESPOND TO THE COMPLAINT**

Upon consideration of the *Stipulation for Extension of Time for Defendant PNC Bank, National Association, to Respond to the Complaint* (the "**Stipulation**"),[2] attached hereto as **Exhibit 1**; and after due deliberation; and sufficient cause appearing therefor:

---

[1]    Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

[2]    Capitalized terms used shall have the meanings ascribed to them in the Stipulation.

60253696

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is APPROVED in its entirety.

2.      The time within which PNC shall answer, move, or otherwise respond to the Complaint is extended through and including August 3, 2026.

3.      The Bankruptcy Court shall retain jurisdiction over any matter or dispute arising from or related to the implementation of this Order.

**Dated: June 22nd, 2026**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**